```
                UNITED STATES DISTRICT COURT
                         FOR THE
                    DISTRICT OF VERMONT

RAYMOND R. GADREAULT,           :
                                :
        Plaintiff,              :
                                :
                                :
        v.                      :   Civil Action No. 2:20-CV-83
                                :
JUDGE ROBERT BENT, JENNIFER     :
BARRETT, PHIL DANIELSON,        :
WALTER SMITH, RICHARD BERLANDY, :
and DEBRA MUNSON,               :
                                :
        Defendants.             :
```

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed July 14, 2020.

After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Dated at Burlington, in the District of Vermont, this 4th day of August, 2020.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
District Court Judge